UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | CRIMINAL NO. 1:22-cr-197-DLF |
| v. | : | |
| | : | |
| GEOFFREY SHOUGH, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**TIMELINE OF EVIDENCE SUPPORTING**
**THE GOVERNMENT'S SENTENCING MEMORANDUM**

The United States hereby submits this report to assist the Court in reviewing the Government's sentencing memorandum in this case, ECF No. 33. These exhibits have been shared with the Court and counsel for defendant Geoffrey Shough through the USAfx file sharing system.

| Time | Exh. No. | File Name | Source | Relevant Portion |
|---|---|---|---|---|
| Approx. 1:55 p.m. | 8 | Ex 1.mp4 | Cell Phone Video of Other Rioter | Entire Video (Shough cheering near NW Steps, engaging with USCP officers) |
| Approx. 2:00 p.m. | 9 | Ex 9.mp4 | Open Source Video (White Hot Riot) | 13:07 – 14:50 (Shough assisting rioters over wall) |
| Unknown | 1 | Ex 1.mp4 | Open Source Video (theresistance.video) | 5:00 – 6:15 (Shough cheering crowd as it rushes up NW Steps) |
| Unknown | 10 | Ex 10.jpg | Still image of Cell Phone Video | n/a (Shough ascending to NW Steps) |
| Approx. 2:21 p.m. | 2 | Ex 2.MOV | Cell Phone Video of Other Rioter | Entire Video (Shough interviewed near the Senate Wing Door) |
| Unknown | 11 | Ex 11.jpg | Photograph from New Yorker Article | n/a (Shough standing near Senate Wing Door) |
| 2:43 p.m. | 12 | Ex 12.jpg | Image From Open Source Video (Parler) | n/a (Shough sitting near Senate Wing Door) |

| | | | | |
|---|---|---|---|---|
| 2:42 p.m. through 2:46 p.m. | 13 | Ex 13.mp4 | Exhibit 706(A) in Hatchet Speed Trial (CCTV + Open Source) | Entire Video (Shough and others outside Senate Wing Door) |
| 2:39 p.m. through 3:02 p.m. | 14 | Ex 14.asf | Capitol CCTV | 6:12 – 14:06 (Shough breaches Senate Wing Door, confronts officers) |
| 2:47 p.m. | 15 | Ex 15.mp4 | Exhibit 707 in Hatchet Speed Trial (Parler Video) | Entire Video (breach of Senate Wing Door) |
| 2:47 p.m. through 2:50 p.m. | 3 | Ex 3.ts | Capitol CCTV | Entire Video (shorter clip of breach of Senate Wing Door) |
| Unknown | 4 | Ex 4.mp4 | Cell Phone Video of Other Rioter | Entire Video (Shough and others confronting officers) |
| Unknown | 5 | Ex 5.mp4 | Open Source (@Nigrotime2021) | 25:00 – 30:15 (Shough and others inside Senate Wing Door) |
| 2:53 p.m. through 3:03 p.m. | 16 | Ex 16.mp4 | Exhibit 708(B) in Hatchet Speed Trial (CCTV + Open Source) | 0:00 – 6:20 (Shough near USCP officers and journey through Capitol) |
| 3:01 p.m. | 6 | Ex 6.mp4 | Capitol CCTV | Entire Video (Shough walks past House Wing Door) |
| 3:02 p.m. | 7 | Ex 7.mp4 | Capitol CCTV | Entire Video (Shough walks down Hall of Columns) |

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   */s/ Jordan A. Konig*
JORDAN A. KONIG
Trial Attorney, U.S. Department of Justice
Detailed to the U.S. Attorney's Office
For the District of Columbia
P.O. Box 55, Washington, D.C. 20044
202-305-7917 (v) / 202-514-5238 (f)
Jordan.A.Konig@usdoj.gov